UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUG WOLSHLAYER,

    Plaintiff,                                          Case No. 1:16-cv-553

v.                                                     HON. JANET T. NEFF

JEFFREY R. GUST, et al.,

    Defendants.
_____/

**ORDER**

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge. On May 25, 2016, the Magistrate Judge filed a Report and Recommendation, recommending that the complaint be dismissed for failure to state a claim, and that an appeal of this matter would not be taken in good faith. The Report and Recommendation was duly served on Plaintiff. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for failure to state a claim.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

A Judgment will be entered consistent with this Order.


Dated: June 14, 2016                                                     /s/ Janet T. Neff
                                                                     JANET T. NEFF
                                                                     United States District Judge